UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK NAM,<br><br>            Plaintiff,<br><br>v.<br><br>BAGATELLE INTERNATIONAL (USA) INC., d/b/a AVEC LES FILLES,<br><br>            Defendant. | Case No. 1:22-cv-04690-AKH |

## DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Patrick Nam ("Plaintiff")'s application for entry of a default judgment against Defendant Bagatelle International (USA) Inc., d/b/a Avec Les Filles ("*Defendant*" or "*Bagatelle*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $90,000.00 in statutory damages for copyright infringement, $10,360.00 in attorneys' fees, and $481.00 in costs plus interest.

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $40,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $10,360.00 in attorneys' fees and $481.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); it is

**FURTHER ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store and display Plaintiff's photograph as is set forth in the Complaint

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: December 14, 2022                              **SO ORDERED.**

                                                                              Alvin K. Hellerstein
                                                                              United States District Judge